UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **BLAKE AARON BROUSSARD** | **CASE NO. 6:20-CV-01356** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **RICKY FONTENOT, ET AL.** | **MAG. JUDGE PATRICK J. HANNA** |

## JUDGMENT

Before the Court is a motion to dismiss filed by purported defendant Daiquiris Supreme, Inc. (Rec. Doc. 10). This motion was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the report and recommendation, the motion to dismiss filed by Daiquiris Supreme, Inc. (Rec. Doc. 10) is GRANTED and, accordingly, all claims by Plaintiff in this suit asserted against Daiquiris Supreme, Inc. are DISMISSED without prejudice pursuant to Fed. R. Civ. P. 4(m).

Signed at Lafayette, Louisiana, this 23rd day of August, 2021.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE